# In the United States Court of Federal Claims

No. 20-1116 C
Filed: February 17, 2021

_____
                                                          )
IAP WORLD SERVICES, INC.                  )
                                                          )
               *Plaintiff,*             )
                                                          )
  v.                                                  )
                                                          )
THE UNITED STATES,                           )
                                                          )
               *Defendant*            )
                                                          )
  and                                              )
                                                          )
VECTRUS-J&J FACILITIES SUPPORT, LLC  )
                                                          )
               *Defendant-Intervenor*.  )
_____  )

## SCHEDULING ORDER

On February 16, 2021, the Parties filed a Joint Status Report pursuant to the Court's Opinion and Order (ECF No. 56). *See* ECF No. 62. In their JSR, the Parties propose a limited briefing schedule to address the unbalanced pricing analysis ordered on remand of this matter to the Navy.

For good cause shown, the Court adopts the Parties' briefing schedule as set forth herein:

    a. On or before February 23, 2021, Plaintiff shall **FILE** its supplemental brief.

    b. On or before March 9, 2021, Defendant and Defendant-Intervenor shall **FILE** their respective response briefs.

    c. Oral argument on the supplemental briefing will be on March 12, 2021, at 11:00 a.m. EST via videoconference. Instructions regarding participation in the videoconference will be forwarded to the Parties by the Court.

**IT IS SO ORDERED.**

                                                                                      s/ Edward H. Meyers
                                                                                      Edward H. Meyers
                                                                                      Judge